# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

CHAPTER 13 PLAN **MH**
(INDIVIDUAL ADJUSTMENT OF DEBTS)

**FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF THE PLAN**

DEBTOR: Costell A. Pewritt    SS# xxx-xx-1089

SS#

ADDRESS: 1974 Burnham Ave., Memphis, TN 38127

PLAN PAYMENT: Debtor to pay $ 561.00 Weekly **Every Two Weeks** Semi-monthly Monthly

PAYROLL DEDUCTION: Automatic Slims    OR ( ) DIRECT PAY

83 S. 2nd Street    BECAUSE:

Memphis, TN 38103    FIRST PAYMENT:

ADMINISTRATIVE: Pay filing fee, trustee's fee, and debtor's attorney fee, pursuant to Court Order.
AUTO INSURANCE: ( )Not included in Plan ( ) Included in Plan

| | | PAYMENT |
|---|---|---|
| CHILD SUPPORT: | Future Support through Plan to | |
| | Child Support Arrearage to | |
| PRIORITY CREDITORS: | | |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).

| Home Servicing | ongoing payment begins | March 2017 | | | $ 650.00 |
|---|---|---|---|---|---|
| | Approximate arrearage | $2,600.00 | Interest | 0.00% | $ 44.00 |
| | ongoing payment begins | | | | |
| | Approximate arrearage | | Interest | | |

**ADEQUATE PROTECTION PAYMENTS SHALL BE ¼ (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT**

| SECURED CREDITORS: (retain Lien 11 U.S.C. § 1325(a)(5)) | VALUE OF COLLATERAL | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|
| Auto Finance USA (2015 Chrysler 200) | $ 20,000.00 | 5.50% | $ 400.00 |
| USDOE/Nelnet (student loan) (deferred) | - | - | $ 0.00 |
| | | | |
| | | | |

**Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as unsecured debts.** UNSECURED CREDITORS: Pay to be determined % of these claims after above claims are paid;
ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: ;
TERMINATION: Plan shall terminate upon payment of the above, approximately **60** months.